**\*E-FILED 11/10/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDINA, et al., | No. C 05-2905  RS |
| Plaintiffs, | **ORDER CONTINUING**<br>**CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants.<br>_____/ | |

The above-entitled case was scheduled for a Case Management Conference on November 16, 2005 at 2:30 p.m.  Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference.  The parties failed to file a Joint Statement timely.  Therefore, the Court continues the case management conference to **December 21, 2005 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than December 14, 2005.  The parties shall file a Joint Case Management Conference Statement on or before December 14, 2005.  Counsel for plaintiffs shall serve this order on defendants.

IT IS SO ORDERED.

Dated: 11/10/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Kerstin Arusha, Esq.
Email: kerstina@lawfoundation.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 11/10/05

                                              /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg