**\*E-FILED\***
**December 16, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDINA, et al. | No. C 05-02905 RS |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the above-entitled matter currently set for December 21, 2005 at 2:30 p.m. is continued to **March 15, 2006 at 2:30 p.m.** The parties shall file an updated joint Case Management Conference Statement no later than March 8, 2006.

Counsel for plaintiffs shall serve this order on defendants.

IT IS SO ORDERED.

Dated: December 16, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Kerstin Arusha, Esq.
Email: kerstina@lawfoundation.org

Jack R. Nelson, Esq.
Email: jnelson@reedsmith.com

Patric J. Kelly, Esq.
Email: jleblanc@barwol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  December 16, 2005

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg