Kerstin Arusha, Bar #182624
Moses Diaz, Bar # 224572
**FAIR HOUSING LAW PROJECT**
Kyra Kazantzis, Bar # 154612
James Zahradka, Bar # 196822
**PUBLIC INTEREST LAW FIRM**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: 408-280-2412
Facsimile:  408-293-0106

*E-FILED 2/22/06*

Attorneys for: Plaintiff Juan Medina

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| **JUAN MEDINA,** individually and on behalf of the general public,<br><br>　　　　　　　　　Plaintiff,<br><br>*v.*<br><br>**ARGENT MORTGAGE COMPANY, HERMAN MICHAEL COVARRUBIAS, CESAR PONTE, CESAR VALVERDE, ESPERANZA VALVERDE, ADRIANA DUENA, SUMMIT MORTGAGE REALTY, INC., ALLIANCE TITLE COMPANY,**<br><br>　　　　　　　　　Defendants. | Case No.  C 05-02905 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE** |

　　　Plaintiffs Juan Medina, et al., by and through their undersigned counsel, and Defendants Argent Mortgage Company, Herman M. Covarrubias, Cesar Ponte, Esperanza Valverde and Summit Mortgage Company, by and through their undersigned counsel, hereby agree and stipulate that the hearing on Plaintiff's Motion for Stay of Civil Proceedings currently scheduled before this Court for February 22, 2006, at 9:30 a.m., shall be continued to March 8, 2006, at 9:30 a.m., due to the illness of counsel for Plaintiffs.

Dated: February 21, 2006					PUBLIC INTEREST LAW FIRM

							/s/ Kyra Kazantzis
							_____
							Kyra Kazantzis
							Attorneys for Plaintiffs


Dated: February 21, 2006					ADLESON, HESS & KELLY

							/s/  Phil Adleson
							_____
							Phil Adleson
							Attorneys for Defendants


## **ORDER**

   IT IS ORDERED that the hearing on Plaintiff's Motion for Stay of Civil Proceedings currently scheduled before this Court for February 22, 2006, at 9:30 a.m., shall be continued to **March 8, 2006, at 9:30 a.m**., due to the illness of counsel for Plaintiffs

							_____
Date:  February 22, 2006					UNITED STATES DISTRICT COURT JUDGE