**\*E-FILED\***
**March 9, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MEDINA, et al.                              No. C 05-02905 RS

    Plaintiffs,

  v.                                                          **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

ARGENT MORTGAGE COMPANY, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference in the above-entitled matter currently set for March 15, 2006 at 2:30 p.m. is continued to **April 26, 2006 at 2:30 p.m.** The parties shall file an updated joint Case Management Conference Statement no later than April 19, 2006.

IT IS SO ORDERED.

Dated: March 9, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Philip M. Adleson    padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha    kerstina@lawfoundation.org

Peter N. Brewer    pbrewer@mailblocks.com, julia@brewerfirm.com

Moses Diaz    mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Kyra Ann Kazantzis    kyrak@lawfoundation.org

Hsiao C. Mao    mmao@ahk-law.com, dvajretti@ahk-law.com

Jack R. Nelson    jnelson@reedsmith.com, cahunt@reedsmith.com; jnelson@reedsmith.com

James F. Zahradka , II    jamesz@lawfoundation.org, teresam@lawfoundation.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 9, 2006

                                        /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California