UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDINA, et al. | No. C 05-02905 RS |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the above-entitled matter currently set for April 26, 2006 at 2:30 p.m. is continued to **May 24, 2006 at 2:30 p.m.** The parties shall file an updated joint Case Management Conference Statement no later than May 17, 2006.

IT IS SO ORDERED.

Dated: April 4, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Philip M. Adleson     padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha     kerstina@lawfoundation.org

Peter N. Brewer     pbrewer@brewerfirm.com, julia@brewerfirm.com

Moses Diaz     mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Kyra Ann Kazantzis     kyrak@lawfoundation.org

Hsiao C. Mao     mmao@ahk-law.com, dvajretti@ahk-law.com

Jack R. Nelson     jnelson@reedsmith.com, cahunt@reedsmith.com; jnelson@reedsmith.com

Paul E. Rice     price@civlit.com, deanna@civlit.com

James F. Zahradka , II     jamesz@lawfoundation.org, teresam@lawfoundation.org

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: April 4, 2006

                                                /s/ BAK
                                                Chambers of Magistrate Judge Richard Seeborg