1  Kerstin Arusha, Bar #182624
2  Moses Diaz, Bar # 224572
   **FAIR HOUSING LAW PROJECT**
3  Kyra Kazantzis, Bar # 154612
4  James Zahradka, Bar # 196822
   **PUBLIC INTEREST LAW FIRM**
5  111 West Saint John Street, Suite 315
   San Jose, California 95113
6  Telephone: 408-280-2401
   Facsimile:  408-293-0106
7
8  Attorneys for Plaintiffs

*E-FILED 4/20/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO,** individually and on behalf of the general public,<br><br>Plaintiffs,<br>*v.*<br><br>**ARGENT MORTGAGE COMPANY, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE, CESAR VALVERDE, ESPERANZA VALVERDE, ADRIANA DUENA, SUMMIT MORTGAGE REALTY, INC., AND R+ FINANCIAL, INC. dba AMERIMAC FIRST MORTGAGE,**<br><br>Defendants. | Case No.  C 05-02905 RS<br><br>**STIPULATION REQUESTING ORDER CHANGING TIME FOR OPPOSITION TO MOTION TO SEVER AND PROCEED SEPARATELY AND REPLY; DECLARATION OF JAMES ZAHRADKA IN SUPPORT THEREOF; [~~PROPOSED~~] ORDER**<br><br>Hearing date: May 3, 2006<br>Hearing time: 9:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Richard Seeborg<br>Trial date: None set |

Pursuant to Local Rule 6-2(a), Plaintiffs Juan Medina, et al., and Defendant R+ Financial, Inc., dba Amerimac First Mortgage, by and through their undersigned counsel, hereby stipulate to change the time within which Plaintiffs shall be allowed to file their opposition to R+ Financial's Motion to Sever and

Proceed Separately, which R+ Financial filed on March 29, 2006, and which is currently scheduled to be heard by this Court on May 3, 2006, at 9:30 a.m., and the time within which R+ Financial shall be allowed to file its reply to that opposition, and request the Court to issue an order to that effect.  The parties request that Plaintiffs be allowed to file their opposition no later than April 21, 2006, and that R+ Financial be allowed to file its reply to that opposition no later than April 28, 2006.

Pursuant to Local Rule 6-2(a), this motion is supported by the attached Declaration of James Zahradka which (1) sets forth with particularity the reasons for the requested enlargement or shortening of time; (2) discloses all previous time modifications in the case, whether by stipulation or Court order; and (3) describes the effect the requested time modification would have on the schedule for the case.

Respectfully submitted,

Dated: April 19, 2006                                   PUBLIC INTEREST LAW FIRM


                                                        /s/ James F. Zahradka II
                                                        James F. Zahradka II
                                                        Attorneys for Plaintiffs


Dated: April 19, 2006                                   RUTAN & TUCKER


                                                        /s/ Paul E. Rice
                                                        Paul E. Rice
                                                        Attorneys for Defendant R+ Financial

**ORDER**

IT IS ORDERED that Plaintiffs be allowed to file their opposition to Defendant R+ Financial's Motion to Sever and Proceed Separately, currently scheduled to be heard by this Court on May 3, 2006, no later than April 21, 2006, and that R+ Financial be allowed to file its reply to that opposition no later than April 28, 2006.

Date:  April 20, 2006                                   _____
                                                        RICHARD SEEBORG
                                                        United States Magistrate Judge

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: April 19, 2006                              PUBLIC INTEREST LAW FIRM

<div style="margin-left: 3em;">
/s/ James F. Zahradka II  
James F. Zahradka II  
Attorney for Plaintiffs
</div>

STIP. REQ. ORDER CHANGING TIME FOR OPP. TO MOT. TO SEVER. AND REPLY                              Case No.  C 05-02905 RS