**United States District Court**
For the Northern District of California

**\*ORDER E-FILED ON 1/30/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ, et al., | No. C05-02904 HRL |
| Plaintiffs, | No. C05-02905 HRL |
| v. | |
| SUMMIT MORTGAGE REALTY, INC., et al., | **INTERIM ORDER RE SUMMIT DEFENDANTS' REQUEST TO EXTEND STAY** |
| Defendants. / | |
| JUAN MEDINA, et al., | |
| Plaintiffs, | |
| v. | |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants. / | |

Counsel for defendants Summit Mortgage Realty, Esperanza Valverde, Herman Covarrubias and Cesar Valverde (aka Cesar Ponte) (the "Summit Defendants") filed a "Status Report on Related Criminal Proceedings." They request a further stay of the instant lawsuits through June 30, 2007 in view of the ongoing criminal action against them. There apparently is no objection to the requested extension in Case No. C05-02904 HRL (the *Rodriguez* Action). However, the plaintiffs in Case No. C05-02905 (the *Medina* Action) oppose any further extension of the stay. Upon consideration of the papers filed by the parties, the court issues the

following interim order:

1. The Summit Defendants may file a reply to the *Medina* plaintiffs' objection. Any such reply shall be filed no later than **February 6, 2007**.

2. Given the importance of the apparent interests at issue, the court will hold a hearing on the matter on **February 27, 2007, 10:00 a.m. in Courtroom 2** to allow all interested parties a forum in which to discuss their concerns. (The tentative status conference which was set for that date is taken off calendar).

3. The stay of these civil proceedings is extended for approximately thirty days through **February 27, 2007**. The court finds that plaintiffs will not be prejudiced by this brief interim extension while defendants' request for a further extension is pending.

Dated: January 30, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2904 Notice will be electronically mailed to**:

Philip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

James L. Stoelker jstoelker@mount.com, sretes@mount.com

Glenn H. Wechsler glenn@glennwechsler.com

**5:05-cv-2905 Notice will be electronically mailed to:**

Philip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha kerstina@lawfoundation.org

Peter N. Brewer pbrewer@brewerfirm.com, julia@brewerfirm.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert greinertm@howrey.com, jamesjimmy@howrey.com

Kyra Ann Kazantzis kyrak@lawfoundation.org

David A. Makman makmand@howrey.com,

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

Jack R. Nelson jnelson@reedsmith.com, cahunt@reedsmith.com; jnelson@reedsmith.com

Paul E. Rice price@rutan.com, jmccluskey@rutan.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

3