**\*E-FILED ON 1/30/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, et al., | No. C05-02905 HRL |
| Plaintiffs, | **ORDER RE PARTIES' STIPULATION TO LIFT STAY** |
| v. | |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to the parties' stipulation filed on January 29, 2007, IT IS ORDERED THAT notwithstanding the current stay of these proceedings (in effect through February 27, 2007):

1. Plaintiffs may file their proposed Second Amended Complaint (attached as Exhibit A to the parties' stipulation); and

2. Plaintiffs and Defendant R+ Financial may file a consent decree re the settlement they have reached.

Dated:   January 30, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2905 Notice will be electronically mailed to:**

Philip M. Adleson  padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha  kerstina@lawfoundation.org

Peter N. Brewer  pbrewer@brewerfirm.com, julia@brewerfirm.com

Moses Diaz  mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert  greinertm@howrey.com, jamesjimmy@howrey.com

Kyra Ann Kazantzis  kyrak@lawfoundation.org

David A. Makman  makmand@howrey.com,

Hsiao C. Mao  mmao@ahk-law.com, dvajretti@ahk-law.com

Jack R. Nelson  jnelson@reedsmith.com, cahunt@reedsmith.com; jnelson@reedsmith.com

Paul E. Rice  price@rutan.com, jmccluskey@rutan.com

James F. Zahradka , II  jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

2