ADLESON, HESS & KELLY
a Professional Corporation
Attorneys at Law
Phillip M. Adleson (SBN 69957
577 Salmar Avenue, Second Floor
Campbell, California 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250
padleson@ahk-law.com

Attorneys for: Summit Mortgage Realty, Inc.,
dba: Summit Mortgage One, Esperanza Valverde,
Herman Michael Covarrubias, Cesar Valverde aka
Cesar Ponte

*ORDER FILED 2/26/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| BRAULIO RODRIQUEZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SUMMIT MORTGAGE REALTY, INC., et al.<br>------------------------------------------------<br>JUAN MEDINA, et al<br><br>Plaintiffs,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, et al<br>Defendants. | Case No: C 05-02904 HRL<br>Case No. C 05-02905 HRL<br><br>STIPULATION TO ALLOW DEFENDANT SUMMIT MORTGAGE REALTY, INC. dba SUMMIT MORTGAGE ONE, ESPERANZE VALVERDE, HERMAN COVARRUBIAS, CESAR VALVERDE, aka CESAR PONTE ADDITIONAL TIME TO REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR AN EXTENSION OF STAY AND TO CONTINUE HEARING DATE OF FEBRUARY 27, 2007 AT 10:00 A.M. TO _____ AT 10:00 A.M.<br><br>(MODIFIED BY THE COURT) |

THROUGH THE UNDERSIGNED, EACH PARTY TO THE ABOVE CAPTIONED ACTION HEREBY STIPULATES AND AGREES AS FOLLOWS:

1. Defendants Summit Mortgage Realty, Inc., dba: Summit Mortgage One, Esperanza Valverde, Herman Michael Covarrubias, Cesar Valverde aka Cesar Ponte ("Summit Defendants") shall have through February 27, 2007 to file a response to Plaintiff Juan Medina's Objection to Defendant Summit's Request for Extension of Stay filed on January 29, 2007.

2. Subject to the Court issuing an order pursuant to this stipulation, the hearing on the

1 extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be
2 continued to Court's next available date for such hearing.
3     3. The stay shall remain in effect until the matter is heard.
4     4. Each of the undersigned has received a copy (along with this stipulation) of the Summit
5 Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection
6 to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113

Dated: February 23, 2007

*[signature]*

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA et al.

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Dated: _____

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306

Dated: _____

PAUL RICE Attorneys for Defendant, R-H FINANCIAL, INC.

extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be continued to Court's next available date for such hearing.

3. The stay shall remain in effect until the matter is heard.

4. Each of the undersigned has received a copy (along with this stipulation) of the Summit Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113

Dated: _____

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Dated: 2/23/07

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306

Dated: _____

PAUL RICE Attorneys for Defendant, R+ FINANCIAL, INC.

C-05-02905 HRL     STIPULATION TO EXTEND TIME     Page 2

1 | extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be continued to Court's next available date for such hearing.

3. The stay shall remain in effect until the matter is heard.

4. Each of the undersigned has received a copy (along with this stipulation) of the Summit Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA  95113

Dated: _____

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA  94612

Dated: _____

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105

*NOT ON THE COURT'S SERVICE EMAIL LIST-SIGNATURE NOT REQUIRED*

*NOT ON COURT'S SERVICE LIST*

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA  94306

Dated: _____

PAUL RICE Attorneys for Defendant, R+ FINANCIAL, INC.

1  extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in Courtroom 2, shall be
2  continued to Court's next available date for such hearing.
3      3. The stay shall remain in effect until the matter is heard.
4      4. Each of the undersigned has received a copy (along with this stipulation) of the Summit
5  Defendants Ex Parte Request for "Application for Extension of Time to Reply to Plaintiff's Objection
6  to Defendant's Request for an Extension of Stay and to Continue Hearing Date of February 27, 2007."

KYRA KAZANTZIS
JAMES F. ZAHRADKA, II
PUBLIC INTEREST LAW FIRM
FAIR HOUSING LAW PROJECT
111 West St. John Street, Suite 315
San Jose, CA 95113

Dated: _____

JAMES F. ZAHRADKA, II, Attorneys for Plaintiffs, JUAN MEDINA

JACK R. NELSON
REED SMITH, LLP
1999 Harrison Street, 24th Floor
Oakland, CA 94612

Dated: _____

JACK R. NELSON, Attorneys for Defendant ARGENT MORTGAGE COMPANY, INC.

JAMI WINTZ McKEON
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Dated: _____

JAMI WINTZ McKEON, Attorneys for Plaintiffs, BNC MORTGAGE, INC.

PETER BREWER/PAUL E. RICE, ESQ.
350 Cambridge Avenue, Suite 200
Palo Alto, CA 94306

Dated: _____

PAUL RICE, Attorneys for Defendant, R+ FINANCIAL, INC.

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0288
www.ahk-law.com

C-05-02905 HRL                STIPULATION TO EXTEND TIME                     Page 2

| | | |
|---|---|---|
| 1 | | |
| 2 | | GLENN H. WECHSLER |
| 3 | *[signature] 2/23/07* | LAW OFFICE OF GLENN WECHSLER<br>1655 N. Main Street #230<br>Walnut Creek, CA 94596 |
| 4 | Dated: _____ | |
| 5 | | GLENN H. WECHSLER, Attorneys for<br>Defendant, WMC MORTGAGE |
| 6 | | |
| 7 | RODRIGUEZ MATTER: | NANCY M. BATTELL<br>GREGORY REEVE-WILSON |
| 8 | | LAW OFFICE OF NANCY M. BATTELL<br>99 Almaden Blvd., #925 |
| 9 | | San Jose, CA 95113 |
| 10 | Dated: _____ | |
| 11 | | GREGORY REEVE-WILSON, Attorneys for<br>Plaintiffs, RODRIQUEZ |
| 12 | | JAMES STOELKER |
| 13 | | MOUNT & STOELKER<br>333 W. San Carlos Street, Suite 1650 |
| 14 | | San Jose, CA 95110 |
| 15 | Dated: _____ | |
| 16 | | JAMES STOELKER, Attorneys for Defendants,<br>ALLIANCE TITLE COMPANY |
| 17 | | PHILLIP M. ADLESON |
| 18 | | ADLESON, HESS & KELLY, a PC<br>577 Salmar Avenue, 2nd Floor |
| 19 | | Campbell, CA 95008 |
| 20 | | |
| 21 | Dated: _____ | |
| 22 | | PHILLIP M. ADLESON, Attorneys for Summit<br>Mortgage Realty, Inc., dba: Summit Mortgage |
| 23 | | One, Esperanza Valverde, Herman Covarrubias,<br>Cesar Puente aka Cesar Valverde |
| 24 | | |

| | |
|---|---|
| 1 | |
| 2 | GLENN H. WECHSLER<br>LAW OFFICE OF GLENN WECHSLER<br>1655 N. Main Street #230<br>Walnut Creek, CA 94596 |
| 3 | |
| 4 | Dated: _____ |
| 5 | GLENN H. WECHSLER, Attorneys for<br>Defendant, WMC MORTGAGE |
| 6 | |
| 7 | RODRIGUEZ MATTER: |
|   | NANCY M. BATTELL<br>GREGORY REEVE-WILSON<br>LAW OFFICE OF NANCY M. BATTELL<br>99 Almaden Blvd., #925<br>San Jose, CA 95113 |
| 8 | |
| 9 | |
| 10 | Dated: February 23, 2007 |
|   | _[signature]_<br>GREGORY REEVE-WILSON, Attorneys for<br>Plaintiffs, RODRIQUEZ |
| 11 | |
| 12 | JAMES STOELKER<br>MOUNT & STOELKER<br>333 W. San Carlos Street, Suite 1650<br>San Jose, CA 95110 |
| 13 | |
| 14 | |
| 15 | Dated: _____ |
| 16 | JAMES STOELKER, Attorneys for Defendants,<br>ALLIANCE TITLE COMPANY |
| 17 | PHILLIP M. ADLESON<br>ADLESON, HESS & KELLY, a PC<br>577 Salmar Avenue, 2nd Floor<br>Campbell, CA 95008 |
| 18 | |
| 19 | |
| 20 | |
| 21 | Dated: _____ |
|   | PHILLIP M. ADLESON, Attorneys for Summit<br>Mortgage Realty, Inc., dba: Summit Mortgage<br>One, Esperanza Valverde, Herman Covarrubias,<br>Cesar Puente aka Cesar Valverde |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Fl.
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250

C-05-02905 HRL     STIPULATION TO EXTEND TIME     Page 3

| | |
|---|---|
| 1 | |
| 2 | GLENN H. WECHSLER<br>LAW OFFICE OF GLENN WECHSLER<br>1655 N. Main Street #230<br>Walnut Creek, CA 94596 |
| 3 | |
| 4 | Dated: _____ |
| 5 | GLENN H. WECHSLER, Attorneys for<br>Defendant, WMC MORTGAGE |
| 6 | |
| 7 | RODRIGUEZ MATTER:  NANCY M. BATTELL<br>GREGORY REEVE-WILSON<br>LAW OFFICE OF NANCY M. BATTELL |
| 8 | 99 Almaden Blvd., #925<br>San Jose, CA 95113 |
| 9 | |
| 10 | Dated: _____ |
| 11 | GREGORY REEVE-WILSON, Attorneys for<br>Plaintiffs, RODRIQUEZ |
| 12 | JAMES STOELKER<br>MOUNT & STOELKER |
| 13 | 333 W. San Carlos Street, Suite 1650<br>San Jose, CA 95110 |
| 14 | |
| 15 | Dated: 2/23/07 |
| 16 | JAMES STOELKER, Attorneys for Defendants,<br>ALLIANCE TITLE COMPANY |
| 17 | PHILLIP M. ADLESON |
| 18 | ADLESON, HESS & KELLY, a PC<br>577 Salmar Avenue, 2nd Floor<br>Campbell, CA 95008 |
| 19 | |
| 20 | |
| 21 | Dated: 2/23/07 |
| | PHILLIP M. ADLESON, Attorneys for Summit<br>Mortgage Realty, Inc., dba: Summit Mortgage<br>One, Esperanza Valverde, Herman Covarrubias,<br>Cesar Puente aka Cesar Valverde |

## ORDER

1. Pursuant to the stipulation set forth above, and for good cause appearing, IT IS ORDERED
2. that: (1) The Summit Defendants shall have through February 27, 2007, to Respond to Plaintiff Juan
3. Medina's Objection to Defendant Summit's Request for Extension of Stay filed on January 29, 2007;
4. (2) The hearing on the extension of the stay originally scheduled for February 27, 2007 at 10:00 a.m. in
5. Courtroom 2, is hereby continued until March 13, 2007, 10:00 AM; and, (3) That the stay of these civil
6. proceedings be extended until the motion is resolved by the Court.

Dated: February 26, 2007

Honorable Howard R. Lloyd
United States Magistrate Judge

C-05-02905 HRL    STIPULATION TO EXTEND TIME    Page 4