**United States District Court**
For the Northern District of California

**\*E-FILED: 6/26/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>SUMMIT MORTGAGE REALTY, INC., et al.,<br><br>            Defendants.<br>_____/<br><br>JUAN MEDINA, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>ARGENT MORTGAGE COMPANY, et al.,<br><br>            Defendants.<br>_____/ | No. C05-02904 HRL<br>No. C05-02905 HRL<br><br><br><br>**INTERIM ORDER RE SUMMIT DEFENDANTS' JUNE 15, 2007 REQUEST TO EXTEND STAY** |

      On June 15, 2007, defendants Summit Mortgage Realty, Esperanza Valverde, Herman Covarrubias and Cesar Valverde (aka Cesar Ponte) (the "Summit Defendants") filed a "Status Report on Related Criminal Proceedings" in which they request an extension of the stay of the above-captioned lawsuits. There apparently is no objection to the requested extension in *Rodriguez v. Summit Mortgage Realty, Inc., et al.* (C05-02904 HRL). However, the plaintiffs in *Medina, et al. v. Argent Mortgage Company, et al.* (C05-02905 HRL) oppose any further extension of the stay. The Summit Defendants advise that they wish to file a reply brief before

1 the court issues a ruling.  Accordingly, IT IS ORDERED THAT:

2     1.    The Summit Defendants' reply shall be filed no later than **June 29, 2007**.

3     2.    The stay of these civil proceedings will be extended briefly until the court rules
4 on the Summit Defendants' request for an extended stay.

5     3.    The court is inclined to deem the matter submitted without oral argument.
6 However, if, upon review of the parties' papers, the court determines that a hearing is necessary,
7 it will so notify the parties.

8 Dated:   June 26, 2007

10 HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-2904 Notice will be electronically mailed to**:

Phillip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

James L. Stoelker jstoelker@mount.com, sretes@mount.com

Glenn H. Wechsler glenn@glennwechsler.com

**5:05-cv-2905 Notice will be electronically mailed to:**

Phillip M. Adleson padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha kerstina@lawfoundation.org

Karen A. Braje kbraje@reedsmith.com

Peter N. Brewer pbrewer@brewerfirm.com, julia@brewerfirm.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

Kyra Ann Kazantzis kyrak@lawfoundation.org

Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

Hsiao C. Mao mmao@ahk-law.com, dvajretti@ahk-law.com

Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

Paul E. Rice price@rutan.com, smoody@civlit.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.