| | |
|---|---|
| KERSTIN ARUSHA, Bar No. 182624<br>kerstina@lawfoundation.org<br>**FAIR HOUSING LAW PROJECT**<br>KYRA KAZANTZIS, Bar No. 154612<br>kyrak@lawfoundation.org<br>JAMES ZAHRADKA, Bar No. 196822<br>jamesz@lawfoundation.org<br>**PUBLIC INTEREST LAW FIRM**<br>**LAW FOUNDATION OF SILICON VALLEY**<br>111 West Saint John Street, Suite 315<br>San Jose, California  95113<br>Telephone:  (408) 280-2412<br>Facsimile:  (408) 293-0106<br><br>DAVID A. MAKMAN, Bar No. 178195<br>MakmanD@Howrey.com<br>MATTHEW GREINERT, Bar No. 239492<br>GreinertM@Howrey.com<br>**HOWREY LLP**<br>525 Market Street, Suite 3600<br>San Francisco, California  94105<br>Telephone:  (415) 848-4900<br>Facsimile:  (415) 848-4999<br><br>Attorneys for Plaintiffs JUAN MEDINA, *et al.* | **\*E-FILED:  6/27/2007\*** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARGENT MORTGAGE COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. C-05-02904 HRL<br><br>[~~PROPOSED~~] BAR ORDER<br><br>Case No. C05-02905 HRL<br>Related Case No. C05-02904 HRL |

**HOWREY LLP**

Case Nos. C05-02904 HRL, C05-02905 HRL
[~~PROPOSED~~] BAR ORDER
DM_US:20490076_120490076_1.DOC

1  Defendant R+ Financial, Inc., dba Amerimac First Mortgage's ("Amerimac") motion for
2  finding good faith settlement came on for hearing before this Court on June 26, 2007 at 9:00 a.m., in
3  Department 4 of the above-entitled Court. After consideration of the briefs and the arguments of
4  counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that defendant
5  Amerimac's motion for a good faith finding of the settlement with Plaintiffs is GRANTED and IT IS
6  FURTHER ORDERED;
7  Upon entry of the Consent Order,

8      i)   R+ Financial, Inc., dba Amerimac First Mortgage is dismissed with prejudice from this
9          litigation;

10     ii)  No non-settling defendant, nor any affiliates, subsidiaries, successors in interest, agents,
11         representatives, or related party thereof, shall file, or seek to leave to file in this Action any
12         counterclaim or cross claim for indemnity, and/or contribution against Amerimac, or any
13         past or present agent, employee, officer, or director thereof, not already a party to this
14         Action. Further, neither non-settling defendant, nor any affiliate, subsidiary, successor in
15         interest, agent, representative or related party there of, shall file any separate action,
16         counterclaim, or cross claim for indemnity, and/or contribution against Amerimac, or any
17         past or present agent, employee, officer or director thereof, not already a party to this
18         Action.
19     iii) Any apportionment of damages among jointly and severally liable non-settling defendants
20         will be calculated according to the *pro tanto* method.

22  Dated:   June 27, 2007

                                                         Howard R. Lloyd
                                                         U. S. Magistrate Judge

**HOWREY LLP**

Case Nos. C05-02904 HRL, C05-02905 HRL
[PROPOSED] BAR ORDER