1  KERSTIN ARUSHA, Bar No. 182624, kerstina@lawfoundation.org
   **FAIR HOUSING LAW PROJECT**
2  KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
3  JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
   **PUBLIC INTEREST LAW FIRM**
4  **LAW FOUNDATION OF SILICON VALLEY**
   111 West Saint John Street, Suite 315
5  San Jose, California 95113
6  Telephone: (408) 280-2412
   Facsimile: (408) 293-0106
7
8  DAVID A. MAKMAN, Bar No. 178195, MakmanD@Howrey.com
   MATTHEW GREINERT, Bar No. 239492, GreinertM@Howrey.com
9  **HOWREY LLP**
   525 Market Street, Suite 3600
10 San Francisco, California 94105
   Telephone: (415) 848-4900
11 Facsimile: (415) 848-4999

12 Attorneys for Plaintiffs JUAN MEDINA, et al.

*ORDER E-FILED 12.19.2007*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, et al., <br>    Plaintiffs, <br> vs. <br> ARGENT MORTGAGE COMPANY, et al., <br>    Defendants. | Case No. C-05-02905 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFFS MOTION TO COMPEL** <br><br> Related Case No. C05-02904 HRL |

HOWREY LLP

In order to allow additional time for negotiations, Plaintiffs Maria Garibay, Yolanda Hidalgo, Joseph Hidalgo, Adalberto Reyes, Maria Reyes, Carlos Aparacio, Veronica Aparacio, Francsico Lopez, and Maria Carillo and Defendant BNC Mortgage, Inc. ("BNC"), by and through their counsel, agree and stipulate that Plaintiffs' Motion to Compel, currently scheduled for hearing January 8, 2008, should be re-scheduled as follows:

BNC's Opposition shall be due on Tuesday, January 15, 2008.

Plaintiffs Reply shall be due on Tuesday, January 22, 2008.

The hearing on the motion shall take place on Tuesday, January 29, 2008.

IT IS SO STIPULATED:

Dated: Dec 14, 2007

HOWREY LLP

By: _____
David A. Makman
Attorney for Plaintiffs

Dated: Dec 14, 2007

MORGAN LEWIS & BOCKIUS< LLP

By: _____
Jami McKeon
Attorney for BNC

IT IS SO ORDERED:

Dated: December 17, 2007

By: _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

HOWREY LLP

Case Nos. C05-02904 HRL, C05-02905 HRL
STIPULATION AND PROPOSED ORDER RESCHEDULING
HEARING ON PLAINTIFFS MOTION TO COMPEL
DM US:20915281 1