KERSTIN ARUSHA, Bar No. 182624, kerstina@lawfoundation.org
**FAIR HOUSING LAW PROJECT**
KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
**PUBLIC INTEREST LAW FIRM**
**LAW FOUNDATION OF SILICON VALLEY**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2412
Facsimile: (408) 293-0106

DAVID A. MAKMAN, Bar No. 178195, MakmanD@Howrey.com
MATTHEW GREINERT, Bar No. 239492, GreinertM@Howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiffs JUAN MEDINA, *et al.*

**ORDER E-FILED 1/11/2008**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARGENT MORTGAGE COMPANY, *et al.*,<br><br>  Defendants. | Case No. C-05-02905 HRL<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFFS MOTION TO COMPEL**<br><br>Related Case No. C05-02904 HRL |

HOWREY LLP

Case Nos. C05-02904 HRL and C05-02905 HRL
2ND STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING ON PLAINTIFFS MOTION TO COMPEL
DM_US:20947889_1

In order to allow additional time for settlement negotiations, Plaintiffs Maria Garibay, Yolanda Hidalgo, Joseph Hidalgo, Adalberto Reyes, Maria Reyes, Carlos Aparicio, Veronica Aparicio, Francisco Lopez, and Maria Carillo and Defendant BNC Mortgage, Inc. ("BNC"), by and through their counsel, agree and stipulate that Plaintiffs' Motion to Compel, currently scheduled for hearing January 29, 2008, should be re-scheduled as follows:

BNC's Opposition shall be due on Tuesday, January 22, 2008.

Plaintiffs Reply shall be due on Tuesday, January 29, 2008.

The hearing on the motion shall take place on Tuesday, February 5, 2008.

IT IS SO STIPULATED:

Dated: January 10, 2008          HOWREY LLP

By: /s/David A. Makman
David A. Makman
Attorney for Plaintiffs

Dated: January 10, 2008          MORGAN LEWIS & BOCKIUS, LLP

By: /s/Jami McKeon
Jami McKeon
Attorney for BNC

IT IS SO ORDERED:

Dated: January 11, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

HOWREY LLP

Case Nos. C05-02904 HRL and C05-02905 HRL
SECOND STIPULATION AND [PROPOSED] ORDER
RESCHEDULING HEARING ON PLAINTIFFS MOTION TO
COMPEL
DM_US:20947889_1

## CERTIFICATION BY DAVID A. MAKMAN PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am an attorney in the law firm of Howrey LLP, counsel for plaintiffs Juan Medina, et al.. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on January 10, 2008.

**HOWREY LLP**

Case Nos. C05-2094 HL and C05-02905 HL
2ND STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING ON PLAINTIFFS MOTION TO COMPEL
DM_US:20947889_1

-2-