JAMI WINTZ MCKEON, State Bar No. 237923
COURTNEY L. LANDIS, State Bar No. 238503
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jmckeon@morganlewis.com
        clandis@morganlewis.com

*ORDER E-FILED 1.25.2008*

Attorneys for Defendant
BNC MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ADALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>    Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., AND R+ FINANCIAL, INC., dba AMERIMAC FIRST MORTGAGE,<br><br>    Defendants. | Case No. C 05-02905 HRL<br>Related Case No. C 05-02904 HRL<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFFS' MOTION TO COMPEL** |

In order to allow additional time for settlement negotiations, Defendant BNC Mortgage,

Inc. ("BNC") AND Plaintiffs Maria Garibay, Yolanda Hidalgo, Joseph Hidalgo, Adalberto Reyes, Maria Reyes, Carlos Aparacio, Veronica Aparacio, Francsico Lopez, and Maria Carrillo, by and through their counsel, agree and stipulate that Plaintiffs' Motion to Compel, currently scheduled for hearing February 5, 2008, should be re-scheduled as follows:

BNC's Opposition shall be due on Tuesday, January 29, 2008.

Plaintiffs' Reply shall be due on Tuesday, February 5, 2008.

The hearing on the motion shall take place on Tuesday, February 12, 2008.

IT IS SO STIPULATED:

Dated: 1/22/2008

HOWREY LLP

By: _____
David A. Makman
Attorney for Plaintiffs

Dated: 1/22/08

MORGAN LEWIS & BOCKIUS, LLP

By: _____
Courtney L. Landis
Attorney for BNC

IT IS SO ORDERED:

Dated: January 25, 2008

By: _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE