1  JAMI WINTZ MCKEON, State Bar No. 237923
   COURTNEY L. LANDIS, State Bar No. 238503
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: jmckeon@morganlewis.com
5          clandis@morganlewis.com

6  Attorneys for Defendant
   BNC MORTGAGE, INC.

*E-FILED 1/30/2008*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ADALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., AND R+ FINANCIAL, INC., dba AMERIMAC FIRST MORTGAGE,<br><br>Defendants. | Case No. C 05-02905 HRL<br>Related Case No. C 05-02904 HRL<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFFS' MOTION TO COMPEL** |

Due to the fact that Defendant BNC Mortgage, Inc. ("BNC") AND Plaintiffs Maria

1 | Garibay, Yolanda Hidalgo, Joseph Hidalgo, Adalberto Reyes, Maria Reyes, Carlos Aparacio,
2 | Veronica Aparacio, Francsico Lopez, and Maria Carrillo are currently finalizing the terms of their
3 | settlement, these parties, by and through their counsel, agree and stipulate that Plaintiffs' Motion
4 | to Compel, currently scheduled for hearing February 12, 2008, should be re-scheduled as follows:
5 |     BNC's Opposition shall be due on Tuesday, February 5, 2008.
6 |     Plaintiffs' Reply shall be due on Tuesday, February 12, 2008.
7 |     The hearing on the motion shall take place on Tuesday, February 19, 2008.
8 | IT IS SO STIPULATED:

Dated: January 29, 2008          HOWREY LLP

By: /s/ David A. Makman
    David A. Makman
    Attorney for Plaintiffs

Dated: January 29, 2008          MORGAN LEWIS & BOCKIUS, LLP

By: /s/ Courtney L. Landis
    Courtney L. Landis
    Attorney for BNC

IT IS SO ORDERED:

Dated: January 30, 2008

By: [signature]
HOWARD R. LLOYD
UNITED STATES MAGISTRATE
JUDGE