| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JAMI WINTZ MCKEON, State Bar No. 237923<br>COURTNEY L. LANDIS, State Bar No. 238503<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: jmckeon@morganlewis.com<br>        clandis@morganlewis.com |
| 6<br>7 | Attorneys for Defendant<br>BNC MORTGAGE, INC. |

**\*ORDER E-FILED 2/6/2008\***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ADALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>    Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., AND R+ FINANCIAL, INC., dba AMERIMAC FIRST MORTGAGE,<br><br>    Defendants. | Case No. C 05-02905 HRL<br>Related Case No. C 05-02904 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br>**(MODIFIED BY THE COURT)** |

Due to the fact that Defendant BNC Mortgage, Inc. ("BNC") AND Plaintiffs Maria

Garibay, Yolanda Hidalgo, Joseph Hidalgo, Adalberto Reyes, Maria Reyes, Carlos Aparacio, Veronica Aparacio, Francsico Lopez, and Maria Carrillo are currently finalizing the terms of their settlement, these parties, by and through their counsel, agree and stipulate that Plaintiffs' Motion to Compel, currently scheduled for hearing February 19, 2008, should be re-scheduled as follows:

    BNC's Opposition shall be due on Tuesday, February 19, 2008.

    Plaintiffs' Reply shall be due on Tuesday, February 26, 2008.

    The hearing on the motion shall take place on Tuesday, March 11, 2008.

IT IS SO STIPULATED:

Dated: February 5, 2008            HOWREY LLP

By: /s/ David A. Makman
David A. Makman
Attorney for Plaintiffs

Dated: February 5, 2008            MORGAN LEWIS & BOCKIUS LLP

By: /s/ Courtney L. Landis
Courtney L. Landis
Attorney for BNC

**PURSUANT TO STIPULATION (AS MODIFIED BY THE COURT),**
IT IS SO ORDERED:

Dated: February 6, 2008

By: [signature]
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE