JAMI WINTZ MCKEON, State Bar No. 237923
COURTNEY L. LANDIS, State Bar No. 238503
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jmckeon@morganlewis.com
        clandis@morganlewis.com

*E-FILED 3/28/2008*

Attorneys for Defendant
BNC MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ADALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., AND R+ FINANCIAL, INC., dba AMERIMAC FIRST MORTGAGE,<br><br>Defendants. | Case No. C 05-02905 HRL<br>Related Case No. C 05-02904 HRL<br><br>[PROPOSED] BAR ORDER |

Defendant BNC Mortgage, Inc. ("BNC") filed a motion for finding of good faith settlement ~~that came on for hearing before this Court on Tuesday, April 8th at 9:00 a.m. in~~

~~Department 4 of the above-entitled Court.~~ After consideration of the briefs and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant BNC's motion for a good faith finding of the settlement with Plaintiffs is GRANTED and IT IS FURTHER ORDERED:

i) BNC is dismissed with prejudice from this litigation;

ii) No non-settling defendant, nor any affiliates, subsidiaries, successors in interest, agents, representatives, or related party thereof, shall file, or seek to leave to file in this Action any counterclaim or cross claim for indemnity, and/or contribution against BNC, or any past or present agent, employee, officer, or director thereof, not already a party to this Action. Further, neither non-settling defendant, nor any affiliate, subsidiary, successor in interest, agent, representative or related party there of, shall file any separate action, counterclaim, or cross claim for indemnity, and/or contribution against BNC, or any past or present agent, employee, officer or director thereof, not already a party to this Action.

iii) Any apportionment of damages among jointly and severally liable non-settling defendants will be calculated according to the *pro tanto* method.

IT IS SO ORDERED.

Dated:   March 28, 2008            By: _____
                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE