| | |
|---|---|
| Kerstin Arusha (SBN 182624) <br> kerstina@lowfoundation.org <br> FAIR HOUSING LAW PROJECT <br> Kyra Kazantzis (SBN 154612) <br> kyrak@lawfoundation.org <br> James Zahradka (SBN 196822) <br> Jamesz@lawfoundation.org <br> PUBLIC INTEREST LAW FIRM <br> LAW FOUNDATION OF SILICON VALLEY <br> 111 West Saint John Street, Suite 315 <br> San Jose, California 95113 <br> Telephone: (408) 280-2412 <br> Facsimile: (408) 293-0106 <br><br> David A. Makman (SBN 178195) <br> makmand@howrey.com <br> Matthew F. Greinert (SBN 239492) <br> greinertm@howrey.com <br> HOWREY LLP <br> 525 Market Street, Suite 3600 <br> San Francisco, California 94105 <br> Telephone: (415) 848-4900 <br> Facsimile: (415) 848-4999 <br><br> Attorneys for Plaintiffs <br> JUAN MEDINA, et al. | *E-FILED 3/28/2008* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICHARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY, <br><br> Plaintiffs, <br><br> vs. <br><br> ARGENT MORTGAGE COMPANY, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., and R+ FINANCIAL, INC., DBA AMERICMAC FIRST MORTGAGE, <br><br> Defendants. | Case No. C05-2905 HRL <br><br> [REVISED PROPOSED] ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST BNC WITH PREJUDICE (CONTINGENT UPON COURT'S APPROVAL OF SETTLEMENT) <br><br> Date: April 8, 2008 <br> Time: 9:00 a.m. <br> Ctrm: Courtroom 2, 5th Floor <br> Judge: Hon. Magistrate Judge Howard R. Lloyd |

1  This matter comes before the Court on the Motion of Plaintiffs Francisco Lopez, Maria
2 Carrillo, Adalberto Reyes, Maria Reyes, Joseph Hidalgo, Yolanda Hidalgo, Carlos Aparicio, Veronica
3 Aparicio, and Maria Garibay ("Plaintiffs") to Dismiss Claims Against BNC With Prejudice
4 (Contingent Upon Court's Approval of Settlement). The Court, having reviewed and considered the
5 parties' respective briefing and arguments in this matter and all relevant factual statements therein,
6 hereby GRANTS Plaintiffs' Motion to Dismiss Claims Against BNC With Prejudice (Contingent
7 Upon Court's Approval of Settlement).

8  Having made a Finding of Good Faith Settlement, this Court hereby DISMISSES the claims of
9 Plaintiffs Maria Garibay, Yolanda Hidalgo, Joseph Hidalgo, Adalberto Reyes, Maria Reyes, Carlos
10 Aparicio, Veronica Aparicio, Franciscco Lopez, and Maria Carrillo against Defendant BNC Mortgage,
11 Inc. **with prejudice**.

12  This dismissal shall not affect Plaintiffs' claims against any other defendant in this litigation
13 except as provided in the Court's Bar Order on BNC's Motion for a Finding of Good Faith Settlement.

15 Dated:   March 28, 2008

_____
HON. HOWARD R. LLOYD
MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT