**United States District Court**
For the Northern District of California

**\*E-FILED 4/3/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAULIO RODRIGUEZ, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>SUMMIT MORTGAGE REALTY, INC., et al.,<br><br>　　　　Defendants.<br>_____/<br>JUAN MEDINA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>ARGENT MORTGAGE COMPANY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C05-02904 HRL<br>No. C05-02905 HRL<br><br>**ORDER RE SUMMIT DEFENDANTS' REQUEST TO EXTEND STAY OF PROCEEDINGS**<br><br>[Re:   C04-02904, Docket No. 74]<br>[Re:   C05-02905, Docket No. 192] |

　　　Summit Mortgage Realty, Esperanza Valverde, Herman Covarrubias and Cesar Valverde (the "Summit Defendants") request a 90-day extension of the stay of the instant actions in view of the ongoing state criminal proceedings against them. They indicate that trial in the criminal matter is set to begin on April 7, 2008.

　　　There being no objection to a continued stay of *Rodriguez v. Summit Mortgage Company, et al.*, C05-02904HRL, the Summit Defendants' request is granted as to that proceeding. Indeed, all parties to that action previously stipulated (and the court ordered) that

1  the stay would remain in effect until the completion of the criminal trial and the entry of a
2  judgment by the state court.  (*See* Docket #35).  The Summit Defendants shall continue to
3  provide monthly status reports as to the progress of the criminal case as previously ordered.
4  The April 29, 2008 case management conference is **continued to May 6, 2008, 10:00 a.m.**  A
5  joint case management statement shall be filed by **April 29, 2008**.

6  As for *Medina, et al. v. Argent Mortgage Company, et al.*, (the "Medina Action"),
7  plaintiffs oppose any further extension of the stay.  Indeed, in its last order on this issue, this
8  court indicated that it was disinclined to extend the stay yet again.  The Summit Defendants'
9  request is denied.  The April 29, 2008 case management conference is **continued to May 6,**
10  **2008, 10:00 a.m.**  A joint case management statement shall be filed by **April 29, 2008**.

12  Dated:   April 3, 2008

  _____
  HOWARD R. LLOYD
  UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2904 Notice has been electronically mailed to:**

Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

Candie Yi-Chun Chang cchang@garrett-tully.com

Damian Rene Fernandez damianfernandez@gmail.com

James Louis Stoelker jstoelker@mount.com, sretes@mount.com

Glenn Harlan Wechsler glenn@glennwechsler.com

**5:05-cv-2905 Notice has been electronically mailed to:**

Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha kerstina@lawfoundation.org

Karen A. Braje kbraje@reedsmith.com

Candie Yi-Chun Chang cchang@garrett-tully.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

Kyra Ann Kazantzis kyrak@lawfoundation.org

Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.