ROBERT GARRETT, SBN 065886
rgarrett@garrett-tully.com
CANDIE Y. CHANG, SBN 215019
cchang@garrett-tully.com
GARRETT & TULLY
A Professional Corporation
225 South Lake Avenue, Suite 1400
Pasadena, California 91101
(626) 577-9500 • Fax (626) 577-0813

**ORDER E-FILED 4/30/2008**

Attorneys for Defendant Commonwealth Land Title Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>　　　　Plaintiffs<br>v.<br><br>ARGENT MORTGAGE COMPANY, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., AND R+ FINANCIAL, INC., dba AMERIMAC FIRST MORTGAGE,<br><br>　　　　Defendants.<br>_____<br>ARGENT MORTGAGE COMPANY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Third Party Plaintiff,<br>v.<br><br>COMMONWEALTH LAND TITLE COMPANY, a California corporation,<br><br>　　　　Third Party Defendant. | CASE NO. C05-02904 HRL & C05-02905 HRL<br><br>[Magistrate Judge Howard R. Lloyd; Courtroom "2"]<br><br>**ORDER GRANTING DEFENDANT COMMONWEALTH LAND TITLE COMPANY'S NOTICE OF REQUEST AND REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>DATE:　　May 6, 2008<br>TIME:　　10:00 a.m.<br>CTRM:　　2 |

Counsel for defendant, Commonwealth Land Title Company, ("Commonwealth") respectfully requests that the Court grant permission to allow Commonwealth's counsel to appear telephonically at the May 6, 2008 Case Management Conference in this matter.

Commonwealth is only a defendant to Argent Mortgage Company's ("Argent") Third Party Complaint. Commonwealth and Argent have agreed to settle this matter between the parties. Commonwealth and Argent are working diligently to finalize their settlement agreement. Commonwealth's counsel's office is located in Los Angeles County, thereby requiring additional commuting costs and time to attend the Case Management Conference in San Jose, California.

Based on the foregoing status and development of the case as well as the nature of this hearing, Commonwealth believes the participation of the Case Management Conference could be satisfactorily accomplished by a telephonic appearance. Accordingly, counsel for Commonwealth respectfully requests the Court's approval on this request to attend the May 6, 2008 Case Management Conference via telephone.

DATED: April 29, 2008

GARRETT & TULLY
A Professional Corporation

By: s/Candie Y. Chang

ROBERT GARRETT
CANDIE Y. CHANG
Attorneys for Defendant Commonwealth Land Title Company

**Commonwealth's request is granted. Commonwealth shall initiate the call to the court at (408) 535-5205 at the time appointed for the conference.**

**Dated: April 30, 2008**

*IT IS SO ORDERED*
Judge Howard R. Lloyd
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA