1

2                                                          *E-FILED 5/8/2008*

3

4

5

6

7                                        NOT FOR CITATION

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN JOSE DIVISION

11   BRAULIO RODRIGUEZ and SILVIA
     RODRIGUEZ, individually and on behalf of the        No. C05-02904 HRL
12   general public,                                     No. C05-02905 HRL

13              Plaintiff,
                                                         **ORDER CONDITIONALLY GRANTING**
14       v.                                              **ATTORNEY PHILIP ADLESON'S**
                                                         **MOTION TO BE RELIEVED AS**
15   SUMMIT MORTGAGE REALTY, INC., et al.                **COUNSEL**

16              Defendants.                              **[C05-02904: Docket No. 75]**
     _____/                    **[C05-02905: Docket No. 196]**
17
     JUAN MEDINA, et al.,
18
                Plaintiffs,
19
         v.
20
     ARGENT MORTGAGE COMPANY, et al.,
21
                Defendants.
22
     _____/
23

24          Attorney Phillip M. Adleson of the Adleson, Hess & Kelly law firm moves for

25   permission to withdraw as counsel of record for defendants Summit Mortgage Realty, Inc.,

26   Herman Covarrubias, Esperanza Valverde and Cesar Valverde (aka Cesar Ponte) (collectively,

27   the "Summit Defendants").  The stated reasons for the request are the Summit Defendants'

28   alleged (1) breach of their legal agreement to pay their fees; and (2) failure to communicate

**United States District Court**
For the Northern District of California

1    with their counsel.

2         The motion papers were duly served upon the Summit Defendants.  They have not filed

3    any response to the motion.  Nor did they appear at the May 6, 2008 motion hearing.  There has

4    been no opposition to the motion in *Rodriguez v. Summit Mortgage Realty, et al.*, C05-02904

5    HRL, and that case remains stayed pending the completion of the Summit Defendant's state

6    criminal trial.  In *Medina, et al. v. Argent Mortgage, et al.*, C05-02905HRL, only plaintiffs

7    oppose the motion.  Upon consideration of the moving and responding papers, as well as the

8    arguments of counsel, this court issues the following order.

9         Rule 3-700(C) of California's Rule of Professional Conduct provides that, except in

10   cases where withdrawal is mandatory,[1] an attorney may not request permission to withdraw,

11   unless withdrawal is being sought in certain situations, including where the client's conduct

12   which renders it unreasonably difficult for the member to carry out the employment effectively

13   or where the client breaches an agreement or obligation to pay to the attorney expenses and

14   fees.  *See* CAL. RULE OF PROF'L CONDUCT 3-700(C)(1)(d), (f).  Additionally, under Civil Local

15   Rule 11-5, "[c]ounsel may not withdraw from an action until relieved by order of Court after

16   written notice has been given reasonably in advance to the client and to all other parties who

17   have appeared in the case."  CIV. L.R. 11-5(a).

18

19

20   [1]     Withdrawal from representation is mandatory where:

21

22           (1) The member knows or should know that the client is bringing an
        action, conducting a defense, asserting a position in litigation, or taking an appeal,
23       without probable cause and for the purpose of harassing or maliciously injuring a
        person;

24

25           (2) The member knows or should know that the continued employment
        will result in violation of these rules or of the State Bar Act; or

26

27           (3) The member's mental or physical condition renders it unreasonably
        difficult to carry out the employment effectively.

28   CAL. RULE OF PROF'L CONDUCT 3-700(B).

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    Here, Adleson attests that, over the past six months or so, his clients have stopped

2  communicating with him and have also stopped paying their legal fees.  (Adleson Decl. ¶¶ 3-4).

3  There has been no showing or argument to the contrary.  The court finds that conditions for

4  permissive withdrawal under California Rule of Professional Conduct 3-700(C)(d) and (f) have

5  been met.  Accordingly,

6    1.    IT IS ORDERED THAT Adleson's motion to be relieved as counsel is

7  GRANTED.  However, the withdrawal is subject to the condition that papers directed to

8  defendant Summit Mortgage Realty, Inc. may continue to be served on Adleson for forwarding

9  purposes unless and until that defendant appears by other counsel.  *See* CIV. L.R. 11-5(b).

10    2.    The individual Summit Defendants are advised that, although they are

11  representing themselves, they retain all the obligations of a litigant and remain responsible for

12  adhering to rules that all litigants must follow.  *See King v. Atiyeh*, 814 F.2d 565, 567 ( 9th Cir.

13  1987) (finding that pro per litigants must follow the same procedural rules as represented

14  parties).

15    3.    **Summit Mortgage Realty, Inc. is advised that it may not appear pro se or**

16  **through its corporate officers, but must retain new counsel forthwith to represent it in this**

17  **lawsuit**.  *See* CIV. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other

18  such entity may appear only through a member of the bar of this Court"); *see also Rowland v.*

19  *California Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part

20  of two centuries . . . that a corporation may appear in the federal courts only through licensed

21  counsel"); *In Re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a

22  court proceeding only through an attorney at law").  **Summit Mortgage Realty, Inc. is further**

23  **advised that it retains all of the obligations of a litigant, and its failure to obtain an**

24  **attorney may lead to an order striking its pleadings or entry of its default**.

25

26  Dated:   May 8, 2008

27  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

28

United States District Court
For the Northern District of California

1   **5:05-cv-2904 Notice has been electronically mailed to**:

2   Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

3   Nancy M. Battel nancy@battelaw.com, battelaw@aol.com

4   Candie Yi-Chun Chang cchang@garrett-tully.com

5   Damian Rene Fernandez damianfernandez@gmail.com

6   James Louis Stoelker jstoelker@mount.com, sretes@mount.com

7   Glenn Harlan Wechsler glenn@glennwechsler.com

8

9   **5:05-cv-2905 Notice has been electronically mailed to:**

10   Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

11   Kerstin Arusha kerstina@lawfoundation.org

12   Karen A. Braje kbraje@reedsmith.com

13   Candie Yi-Chun Chang cchang@garrett-tully.com

14   Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

15   Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

16   Kyra Ann Kazantzis kyrak@lawfoundation.org

17   Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

18   David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

19   Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

20   Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

21   James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

22   **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

23

24   **5:05-cv-2905 Notice has been mailed to**

25   Herman Covarrubias
     5794 Vitero Way
26   San Jose, CA 95138

27   Esperanza Valverde
     5794 Vitero Way
28   San Jose, CA 95138

4

1   Cesar Ponte/Cesar Valverde
    5794 Vitero Way
2   San Jose, CA 95138

3   Herman Covarrubias
    c/o John L. Williams
4   Manchester, Williams & Seibert
    125 S. Market Street, #1100
5   San Jose, CA 95113

6   Esperanza Valverde
    c/o Christian E. Picone
7   Berliner Cohen
    Ten Almaden Blvd., 11th Floor
8   San Jose, CA 95113

9   Cesar Ponte/Cesar Valverde
    c/o Lagod & Christensen
10  360 W. Hedding Street
    San Jose, CA 95110

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

5