**\*E-FILED 7/1/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARGENT MORTGAGE COMPANY, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., and R+ FINANCIAL, INC. dba AMERIMAC FIRST MORTGAGE,<br><br>    Defendants.<br>_____/ | No. C05-02905 HRL<br><br>**INTERIM ORDER RE (1) DEFENDANT ARGENT MORTGAGE COMPANY'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT; AND (2) PLAINTIFFS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANT ARGENT MORTGAGE COMPANY** |

Defendant Argent Mortgage Company ("Argent") has filed a motion seeking a determination of good faith settlement. Plaintiffs have filed a related motion to dismiss their claims against Argent. Both motions were noticed for a July 15, 2008 motion hearing. No objection or opposition has been filed, and the deadline for filing any such papers has passed. However, upon review of the docket, it is not apparent that these motions have been served on defendants Summit Mortgage Realty, Inc., Herman Covarrubias, Esperanza Valverde and Cesar

1  Valverde (aka Cesar Ponte) (collectively, the "Summit Defendants").  While attorney Philip
2  Adleson was permitted to withdraw on condition that papers could continue to be served on him
3  for forwarding purposes, there is also no indication that he has actually done so with respect to
4  the instant motions.  Accordingly, IT IS ORDERED THAT:
5      1.    The July 15, 2008 motion hearing is VACATED.
6      2.    No later than July 7, 2008, the parties shall file a proof of service as to the
7  Summit Defendants or Adleson shall file proof that the papers have been forwarded.
8      3.    Assuming the Summit Defendants have not yet been given notice, they shall
9  have 10 court days from the date of service in which to file a response.  If no response is filed
10  by that date, then the court will proceed to decide the motions on the papers submitted.
11  Dated:   July 1, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2905 Notice has been electronically mailed to:**

Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

Kerstin Arusha kerstina@lawfoundation.org

Karen A. Braje kbraje@reedsmith.com

Candie Yi-Chun Chang cchang@garrett-tully.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

Kyra Ann Kazantzis kyrak@lawfoundation.org

Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:05-cv-2905 Notice has been mailed to**

Herman Covarrubias
5794 Vitero Way
San Jose, CA 95138

Esperanza Valverde
5794 Vitero Way
San Jose, CA 95138

Cesar Ponte/Cesar Valverde
5794 Vitero Way
San Jose, CA 95138