1  Jack R. Nelson (SBN 111863)
   Karen A. Braje (SBN 193900)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000     ***ORDER E-FILED 9/11/2008***
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Attorneys for Defendant/Third Party Plaintiff
8  Argent Mortgage Company, LLC

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 | JUAN MEDINA, et al.,                  | No.: C 05-02905 HRL
12 |        Plaintiffs,                    | [~~PROPOSED~~] ORDER GRANTING THIRD PARTY PLAINTIFF ARGENT
13 | vs.                                   | MORTGAGE COMPANY, LLC'S MOTION TO DISMISS ITS THIRD PARTY
14 | ARGENT MORTGAGE COMPANY, et al.,      | COMPLAINT AGAINST COMMONWEALTH LAND TITLE
15 |        Defendants.                    | COMPANY
16 | ARGENT MORTGAGE COMPANY, LLC, a       | Related Case No. C 05-02904 HRL
   | Delaware Limited Liability Company,   |
17 |                                       | Date:       September 23, 2008
   |        Third Party Plaintiff,         | Time:       10:00 a.m.
18 |                                       | Courtroom:  2
   | vs.                                   | Judge:      The Honorable Judge Howard R.
19 |                                       |             Lloyd
   | COMMONWEALTH LAND TITLE
20 | COMPANY, a California Corporation,
21 |        Third Party Defendant.

No.: C 05-02905 HRL                    – 1 –

[~~Proposed~~] Order Granting Argent Mortgage Company, LLC's Motion to Dismiss Its Third Party
Complaint Against Commonwealth Land Title Company With Prejudice

1  This matter having come before the Court on Third Party Plaintiff Argent Mortgage
2  Company, LLC's ("Argent") Motion to Dismiss its Third Party Complaint against Commonwealth
3  Land Title Company ("Commonwealth") and the Court having reviewed the papers filed by the
4  parties and the record in this action, and ~~having heard the argument of the parties~~ there being no objection, hereby finds that
5  good cause exists and,

7  IT IS ORDERED THAT:
8  (1)   Argent's Motion to Dismiss is hereby GRANTED; and
9  (2)   Commonwealth is dismissed WITH PREJUDICE from the action.

11 DATED:   September 11, 2008.

   _____
   HONORABLE EDWARD R. LLOYD
   UNITED STATES ~~DISTRICT~~ JUDGE
   MAGISTRATE

No.: C 05-02905 HRL                  — 2 —
~~[Proposed]~~ Order Granting Argent Mortgage Company, LLC's Motion to Dismiss Its Third Party
Complaint Against Commonwealth Land Title Company With Prejudice

REED SMITH LLP
A limited liability partnership formed in the State of Delaware