**\*E-FILED 9/1/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY,<br><br>    Plaintiffs,<br>  v.<br><br>ARGENT MORTGAGE COMPANY, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., and R+ FINANCIAL, INC. dba AMERIMAC FIRST MORTGAGE,<br><br>    Defendants. | No. C05-02905 HRL<br><br>**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT** |

In February 2009, plaintiffs advised that defendant Summit Mortgage Realty, Inc. reportedly was being dissolved and that defendants Herman Covarrubias and Esperanza Valverde filed for bankruptcy. (The automatic stay provision of 11 U.S.C. § 362(a) therefore applies to the claims against them). Plaintiffs further advised that they were attempting to contact defendant Cesar Ponte. The court has heard nothing from the parties since then. Accordingly, no later than **September 15, 2009**, the parties shall file a joint report as to the

current status of this matter.

Dated: September 1, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-2905 Notice has been electronically mailed to:**

Candie Yi-Chun Chang cchang@garrett-tully.com, pdiroff@garrett-tully.com

Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Karen A. Braje kbraje@reedsmith.com

Kerstin Arusha kerstina@lawfoundation.org

Kyra Ann Kazantzis kyrak@lawfoundation.org

Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Peter W. Sherwood Peter_Sherwood@CA9.uscourts.gov

Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:05-cv-2905 Notice has been mailed to**

Herman Covarrubias
5794 Vitero Way
San Jose, CA 95138

Esperanza Valverde
5794 Vitero Way
San Jose, CA 95138

Cesar Ponte/Cesar Valverde
5794 Vitero Way
San Jose, CA 95138