**United States District Court**
For the Northern District of California

**\*E-FILED 12-09-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, MARIA ANTONETTE GARCIA, OSCAR AND ODULIA ALANIZ, FRANCISCO LOPEZ AND MARIA CARRILLO, ALBERTO AND MARIA REYES, JOSEPH AND YOLANDA HIDALGO, CARLOS AND VERONICA APARICIO, RICARDO GOMEZ AND MARIA ROSAS, AND MARIA GARIBAY, <br><br> Plaintiffs, <br> v. <br><br> ARGENT MORTGAGE COMPANY, BNC MORTGAGE, INC., HERMAN MICHAEL COVARRUBIAS, CESAR PONTE aka CESAR VALVERDE, ESPERANZA VALVERDE, SUMMIT MORTGAGE REALTY, INC., and R+ FINANCIAL, INC. dba AMERIMAC FIRST MORTGAGE, <br><br> Defendants. | No. C05-02905 HRL <br><br> **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

At plaintiffs' request, the case management conference set for December 15, 2009 is **continued to February 16, 2010, 1:30 p.m.** A further status report shall be filed **no later than February 9, 2010**. Because the court no longer has current contact information for defendant Ponte, plaintiffs shall serve a copy of this order on him if they should establish contact

1 | with him.

2 |     SO ORDERED.

3 | Dated:   December 9, 2009

4 | 
5 | HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

5:05-cv-2905 Notice has been electronically mailed to:

Candie Yi-Chun Chang cchang@garrett-tully.com, pdiroff@garrett-tully.com

Courtney Lynn Landis clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman makmand@howrey.com, kasenenkop@howrey.com

Jack R. Nelson cahunt@reedsmith.com, jnelson@reedsmith.com

James F. Zahradka , II jamesz@lawfoundation.org, teresam@lawfoundation.org

Jami Wintz McKeon jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Karen A. Braje kbraje@reedsmith.com

Kerstin Arusha kerstina@lawfoundation.org

Kimberly Pederson kimp@lawfoundation.org

Kyra Ann Kazantzis kyrak@lawfoundation.org

Matthew Greinert greinertm@howrey.com, kasenenkop@howrey.com

Moses Diaz mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Phillip Mark Adleson padleson@ahk-law.com, tclark@ahk-law.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:05-cv-2905 Notice has been mailed to

Esperanza Isabel Valverde, X37069
P.O. Box 92
Chowchilla, California 93601
LEGAL MAIL

Herman Michael Covarrubias, G62756
L5-250-L
P.O. Box 2210
Susanville, CA 96127
LEGAL MAIL