United States District Court
For the Northern District of California

*E-FILED 06-14-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MEDINA, et al., | No. C05-02905 HRL |
| Plaintiffs, | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARGENT MORTGAGE COMPANY, et al., | |
| Defendants. | |

At plaintiffs' request, the case management conference set for June 15, 2010 is continued to **August 17, 2010, 1:30 p.m.**  A further status report shall be filed no later than **August 10, 2010**.  Inasmuch as plaintiffs indicate that they will be dismissing all remaining claims in this matter, they shall do so promptly.[1]

SO ORDERED.

Dated:   June 14, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Indeed, plaintiffs state that a dismissal will be filed before June 15, 2010.

5:05-cv-2905 Notice has been electronically mailed to:

Candie Yi-Chun Chang    cchang@garrett-tully.com, pdiroff@garrett-tully.com

Courtney Lynn Landis    clandis@morganlewis.com, cgreenblatt@morganlewis.com

David Alan Makman    makmand@howrey.com, kasenenkop@howrey.com

Jack R. Nelson    cahunt@reedsmith.com, jnelson@reedsmith.com

James F. Zahradka , II    jamesz@lawfoundation.org, teresam@lawfoundation.org

Jami Wintz McKeon    jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

Karen A. Braje    kbraje@reedsmith.com, cahunt@reedsmith.com, kchen@reedsmith.com

Kerstin Arusha    kerstina@lawfoundation.org

Kimberly Pederson    kimp@lawfoundation.org, teresam@lawfoundation.org

Kyra Ann Kazantzis    kyrak@lawfoundation.org

Matthew Greinert    greinertm@howrey.com, kasenenkop@howrey.com

Moses Diaz    mosesd@lawfoundation.org, moses@ucdavis-alumni.com

Phillip Mark Adleson    padleson@ahk-law.com, tclark@ahk-law.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:05-cv-2905 Notice mailed to

Esperanza Isabel Valverde, X37069
P.O. Box 92
Chowchilla, California 93601
LEGAL MAIL

Herman Michael Covarrubias, G62756
L5-250-L
P.O. Box 2210
Susanville, CA 96127
LEGAL MAIL