**United States District Court**
For the Northern District of California

1

2                                            **\*E-FILED 08-20-2010\***

3

4

5

6

7                              NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   JUAN MEDINA, et al.,                    No. C05-02905 HRL

12
                         Plaintiffs,         **ORDER GRANTING MOTION FOR**
13        v.                                 **DISMISSAL OF REMAINING CLAIMS**
                                             **AND DEFENDANTS WITH PREJUDICE**
14   ARGENT MORTGAGE COMPANY, et al.,
                                             **[Re: Docket No. 252]**
15                       Defendants.
                                      /
16

17        Plaintiffs move to dismiss with prejudice all claims against the remaining defendants,

18   with the parties to bear their own attorney's fees and costs.  There has been no opposition to the

19   motion.  Moreover, in view of plaintiffs' representations (a) as to their limited financial

20   resources (and their belief that any such costs might, in any event, be subject to the criminal

21   restitution orders plaintiffs obtained as to the remaining defendants); and (b) the remaining

22   defendants' apparent refusal to respond to plaintiffs' efforts within the past year to settle this

23   matter, the court will grant the motion.  Accordingly, plaintiffs' claims against Summit

24   Mortgage Realty, Inc., Herman Michael Covarrubias, Esperanza Valverde, and Cesar Ponte

25   (aka Cesar Valverde)[1] are dismissed with prejudice.  The parties shall bear their own fees

26

27

28

---

[1]        The court no longer has current contact information for Cesar Ponte.
However, a copy of this order will be mailed to Ponte at the address indicated on plaintiffs'
certificate of service (Docket Nos. 253, 259).

1   and costs.  FED. R. CIV. P. 41(a)(2).  The clerk shall close the file.

2           SO ORDERED.

3   Dated:    August 20, 2010

4   _____

5   HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   5:05-cv-2905 Notice has been electronically mailed to:

2   Candie Yi-Chun Chang    cchang@garrett-tully.com, pdiroff@garrett-tully.com

3   Courtney Lynn Landis    clandis@morganlewis.com, cgreenblatt@morganlewis.com

4   David Alan Makman    makmand@howrey.com, kasenenkop@howrey.com

5   Jack R. Nelson    cahunt@reedsmith.com, jnelson@reedsmith.com

6   James F. Zahradka , II    jamesz@lawfoundation.org, teresam@lawfoundation.org

7   Jami Wintz McKeon    jmckeon@morganlewis.com, cgreenblatt@morganlewis.com

8   Karen A. Braje    kbraje@reedsmith.com, cahunt@reedsmith.com, kchen@reedsmith.com

9   Kerstin Arusha    kerstina@lawfoundation.org

10  Kimberly Pederson    kimp@lawfoundation.org, teresam@lawfoundation.org

11  Kyra Ann Kazantzis    kyrak@lawfoundation.org

12  Matthew Greinert    greinertm@howrey.com, kasenenkop@howrey.com

13  Moses Diaz    mosesd@lawfoundation.org, moses@ucdavis-alumni.com

14  Phillip Mark Adleson    padleson@ahk-law.com, tclark@ahk-law.com

15  Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

16

17  5:05-cv-2905 Notice mailed to

18  Esperanza Isabel Valverde, X37069
    P.O. Box 92
19  Chowchilla, California 93601
    LEGAL MAIL

20
    Herman Michael Covarrubias, G62756
21  L5-250-L
    P.O. Box 2210
22  Susanville, CA 96127
    LEGAL MAIL

23
    Cesar Ponte
24  435 Richfield Drive, Apt. 25
    San Jose, CA 95129

25

26

27

28

3